STATE v. ANN McDOWELL.

*Appeal—Record—Certiorari.*

1. An appeal to the Supreme Court will be dismissed when the transcript of the record fails to show that a Court was held, or that a grand jury presented the indictment, and when it appears from the case on appeal that the grounds on which the defendant appealed are frivolous.

2. A *certiorari* will not be granted to perfect the record and constitute the appeal in the Supreme Court, when it appears from the case on appeal that the appellant has no merits.

(*State* v. *Butts*, 91 N. C., 524; *State* v. *Johnston*, decided at this Term, cited and approved).

MOTION to dismiss the defendant's appeal, heard at October Term, 1885, of the Supreme Court.

*Attorney General,* for the State.
No counsel for the defendant.

MERRIMON, J.   The papers in the case on file in this Court, purporting to be the transcript of the record in the Superior Court of the county of Bladen, fail to show that a Court was held by a Judge at the time and place prescribed by law.   Nor does it appear, that a grand jury presented an indictment against the defendant; nor does a judgment appear.   For these and other less important defects, the Attorney General moved at the present term to dismiss the appeal.

Enough however, appears in the papers—not the transcript of a record—to satisfy us that there is, or ought to be, a record in the Court mentioned, and we might direct the writ of *certiorari* to issue to the Clerk of that Court, commanding him to certify to us a perfect transcript thereof, but on looking into what perports to be the case settled upon appeal for this Court, we find that the defendant's ground of exception is without the slightest merit, and we deem it proper to grant the motion to dismiss the supposed appeal.   *State* v. *Butts,* 91 N. C., 524; *State* v. *Johnston,* decided at this term.

Appeal dismissed.